UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL J. DANIELS,

    Plaintiff,

v.                              Case No. 8:09-cv-428-T-33TBM

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

    Defendants.
_____/

**<u>ORDER</u>**

This matter is before the Court pursuant to *pro se* Plaintiff Michael J. Daniels' Motion for Judgment by Default (the "Motion" Doc. # 9), which was filed on July 28, 2009.

The Court denies the Motion because the record does not reflect that Plaintiff complied fully with Federal Rule of Civil Procedure 4(i). Specifically, to effect service of process on the United States or its agencies, officers, or employees, a plaintiff must:

> (1)(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
>
> (2) . . . To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.
>
> (3) . . . To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

Rule 4(i), Fed.R.Civ.P.

In this case, Plaintiff filed various proofs of service; however, the record reflects that no summonses have been issued in this case. Service of the complaint alone is insufficient to effect service of process. Furthermore, the Court advises Plaintiff that, prior to the entry of a default judgment by the Court, Plaintiff must seek and obtain entry of a default by the Clerk. See Rule 55, Fed.R.Civ.P.

The Court denies the Motion without prejudice. Plaintiff is directed to comply fully with Rule 4(i) of the Federal Rules of Civil Procedure, including the requirement that he

serve both a summons and a copy of the complaint on the various officers and entities noted above.

Further, should Plaintiff accomplish service of process over the United States Department of Education, Plaintiff is reminded that such Defendant has 60 days to respond. In addition, in the instance that the United States fails to timely respond, Plaintiff should file a motion for the entry of clerk's default prior to filing a motion for default judgment with the Court.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED**:

Plaintiff's Motion for Judgment by Default (Doc. # 9) is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 18th day of August 2009.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel and Parties of Record